JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Helene Astafan,

         *Plaintiff*,

   v.

BRK Hospitality, Inc., *et al.*,

         *Defendants*.

CASE NO. 5:21-cv-00240-SPG-KK
**JUDGMENT**

Hon. Sherilyn Peace Garnett

Pursuant to the Court's Order granting summary judgment in favor of Defendant BRK Hospitality, Inc. and denying the same as to Plaintiff Helene Astafa, (ECF No. 62), it is **HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

1.    The Court grants summary judgment in favor of Defendant BRK Hospitality, Inc. as to Plaintiff Helene Astafan's Americans with Disabilities Act claim for relief;

2.      Judgment be, and hereby is entered in favor of Defendant BRK
        Hospitality, Inc. as to Plaintiff Helene Astafan's Americans with
        Disabilities Act claim.

3.      The Court declines to exercise supplemental jurisdiction over Plaintiff
        Helene Astafan's state claims for relief and dismisses those claims
        without prejudice;

4.      Plaintiff Helene Astafan shall recover nothing from Defendant BRK
        Hospitality, Inc.; and

5.      The Court **VACATES** all dates and deadlines.

The Clerk of the Court shall close the case.

Dated: January 20, 2023            By: _____

                                       HON. SHERILYN PEACE GARNETT
                                       UNITED STATES DISTRICT JUDGE